# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:19-cr-00207-JAD-VCF |
| vs. | **ORDER** |
| DERRICK LAWRENCE, | |
| Defendant. | |

Before the court is the Emergency Motion to Compel Discovery (ECF NO. 20).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Emergency Motion to Compel Discovery (ECF NO. 20) must be filed on or before January 29, 2020.

IT IS FURTHER ORDERED that a hearing on the Emergency Motion to Compel Discovery (ECF NO. 20) is scheduled for 10:00 AM, February 6, 2020, in Courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 22nd day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE