RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Derrick Devon Lawrence

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DERRICK DEVON LAWRENCE,<br><br>　　　　　　Defendant. | Case No. 2:19-cr-00207-JAD-VCF<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Stephanie N. Ihler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Derrick Devon Lawrence, that the Evidentiary Hearing currently scheduled on March 2, 2020, be vacated to the week of March 30, 2020.

　　　This Stipulation is entered into for the following reasons:

1　　Defense counsel has an evidentiary hearing on February 28, 2020 in *U.S. v Moore*, 2:19-cr-00171-JCM-VCF. As such, counsel requires additional time to prepare for the evidentiary hearing in this case.

3. Mr. Lawrence is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 27th day of February, 2020.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Margaret W. Lambrose*<br>By_____<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | */s/ Stephanie N. Ihler*<br>By_____<br>STEPHANIE N. IHLER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DERRICK DEVON LAWRENCE,

    Defendant.

Case No. 2:19-cr-00207-JAD-VCF

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled on March 2, 2020 at the hour of 10:00 a.m., be vacated and continued to April 3, 2020 at the hour of 10:00 AM, in Courtroom 3D.

    DATED this 28th day of February, 2020.

                            UNITED STATES MAGISTRATE JUDGE