# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 2:19-cr-00207-JAD-VCF |
| DERRECK LAWRENCE, | **ORDER** |
| Defendant. | |

Before the court is the Emergency Motion to Disclose Discovery (ECF No. 36).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Emergency Motion to Disclose Discovery (ECF No. 36) must be filed on or before March 26, 2020.

DATED this 19th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE